AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Hector Oliva

APPEARANCE

CASE NUMBER: CR05-141ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hector Oliva

I certify that I am admitted to practice in this court.

12-30-05
*Date*

[signature]
*Signature*

JAMES T. McCORMICK 2614
*Print Name* *Bar Number*

128 DORRANCE St, ROOM 330
*Address*

Prov RI 02903
*City* *State* *Zip Code*

831-2970 751-1797
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.