1106935

RECEIVED

DEC 2 1 2005

US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

HECTOR OLIVA
a/k/a LUSBIN MALOINI

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-141ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HECTOR OLIVA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY OF PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a)and(b)(2)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

December 21, 2005 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Central Falls, RI by ICE | | |
| DATE RECEIVED 12/21/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/30/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.