UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

SCANNED

UNITED STATES OF AMERICA

VS. CR NO. 05-141ML

HECTOR OLIVA

[redacted]

Now comes Defendant Hector Oliva who hereby moves to suppress evidence obtained by the Cranston Police Department on December 12, 2005. A memorandum in support is filed herewith.

DEFENDANT HECTOR OLIVA

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 27TH day of JANUARY 2006:

Asst. U. S. Atty. Gerard B. Sullivan
*U. S. Department of Justice*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

Kerri A. Vecoli

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-141ML

HECTOR OLIVA

[redacted]

Now comes Defendant Hector Oliva who hereby moves to suppress all statements and documents he gave to Cranston Police on December 12, 2005, as indicated in the attached police report. The grounds for this motion are that Mr. Oliva was not given his Miranda rights. The statement indicates after he provided certain information to the police he was purportedly read his Miranda rights, although there is no signed waiver form provided with the report and there is no indication Mr. Oliva was given the Miranda warnings in Spanish. Mr. Oliva disputes he was given his rights at all.

For these reasons, all statements and documents provided by defendant to the Cranston Police should be suppressed.

DEFENDANT HECTOR OLIVA

By his attorneys,

MCKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 27TH day of JANUARY 2006:

Asst. U. S. Atty. Gerard B. Sullivan
*U. S. Department of Justice*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

Kerri A. Vecoli