U.S. Immigration and Customs Enforcement

DECLARACIÓN DE DERECHOS

Antes de que le hagamos cualquier pregunta, Ud. debe conocer sus derechos.

Ud. tiene derecho a permanecer callado(a).

Cualquier cosa que Ud. diga puede usarse en su contra en un tribunal o en cualquier otro procedimiento.

Ud. tiene derecho a consultar un abogado antes de que Ud. haga cualquier declaración o conteste cualquier pregunta.

Ud. tiene derecho a tener un abogado presente con Ud. durante el interrogatorio.

Si no puede pagar un abogado, se le proporcionará uno antes de que le hagamos cualquier pregunta, si Ud. lo desea.

Si decide responder a nuestras preguntas ahora, Ud. aún retiene el derecho de detener el interrogatorio en cualquier momento, o de detener el interrogatorio para el propósito de consultar con un abogado.

---

RENUNCIA A LOS DERECHOS

Me han leído y explicado esta declaración de mis derechos y entiendo completamente estos derechos. Renuncio a ellos libre y voluntariamente, sin ser amenazado(a) ni intimidado(a), y sin promesa de compensación o inmunidad. Fui detenido(a) a la(s) 1430 P (hora), en el 12-12-05 (fecha), y he firmado este documento a la(s) 1430 P (hora), en el 12/12/2005 (fecha).

HECTOR OLIVA
Nombre

Hector Oliva
Firma

Testigo: [signature] Fecha: 12/12/2005

Testigo: [signature] Fecha: 12/12/05

Exh. #1

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

## RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

## AFFIDAVIT

**IN RE:** OLIVA, Hector **FILE NO.** A74 999 062

**EXECUTED AT** Providence, Rhode Island **DATE** 12/12/2005

Before the following officer of the U.S. Immigration and Naturalization Service:

in the Spanish and english language. Interpreter not used.

I, Hector OLIVA, acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to talk my sworn statement regarding:

Sworn statement regarding reentry into the United States after my removal under an order of deportation, exclusion, or removal.

He has told me that my statements must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer at any time. You also have the right to stop answering at any time until you talk to a lawyer."

I am willing to make a statement without any else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.

**Being duly sworn, I make the following statement:**

Q. What is your true and correct name?
A. Hector LEONEL OLIVA.

Q. Have you ever used any other name?
A. YES, Leo OLIVA.

Q. Of what country are you a citizen?
Guatemala. SANTA LANA

Q. When did you enter the United States.
A. ABOUT 8 MONTHS AGO.

Q. How and where did you enter the United States at that time?
A. BROWNSVILLE, TEXAS. NO INSPECTION.

Q. Have you ever been ordered deported, excluded, or removed from the United States?
A. YES. 2002 OR 2003.

After you were ordered deported, excluded, or removed were you removed by the INS or did you leave the Unite States voluntarily?
A. YES.

Q. Have you ever applied to the Attorney General of the United States for permission to re-enter the United State after you were deported?
A. NO.

Q. Do you have any fear of persecution or torture should you be removed from the United States?
A. NO.

Q. Is there anything else you would like to to say at this time?
A. I COME BACK TO THE USA. BECAUSE MY GRANDFATHER AND UNCLES WERE KILLED BY BANDITS. I CAME BACK FOR A BETTER LIFE.

I have read (or have had read to me) the foregoing statement, consisting of 2 pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the corrections not on page(s) ________).

Signature of alien: HECTOR OLIVA

Subscribed and sworn to me at: 200 Dyer St. Providence, RI on 12/16/2005

(Signature of Immigration Officer)

(Signature of Witness)

Record of Sworn Statement