UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-141ML

HECTOR OLIVA

[redacted]

Defendant moved to suppress his statements given to the Cranston Police Department on December 12, 2005. The Government has responded that the statements to the Police Department are not necessary to prosecute this case because defendant was turned over by Cranston Police to the BICE, who then Mirandized him and took his statement. The Government argues that defendant did not move to suppress the BICE statement.

While the BICE statement contains a waiver of Miranda in Spanish, defendant's statement to BICE should be suppressed on the grounds that it is the result of his illegal arrest and information provided to the Cranston Police; therefore, it is fruit of the poisonous tree. It was an oversight on defendant's part not to move to suppress that BICE statement, and defendant now so moves.

There are cases dealing with the suppression of identity evidence after an illegal arrest or interrogation of an illegal alien. These cases support defendant's position that

his original arrest and interrogation were unlawful, and the resulting statements given to Cranston Police, as well as to BICE, should be suppressed. See the attached cases:

USA. v. Alvarez-Gonzales, 319 F.3d 1070 (8th Cir.);

USA v. Vasquez DeReyes, 149 F.3d 192 (3rd Cir. 1998);

USA v. Perez-Perez, 337 F.3d 990 (8th Cir. 2003); and

USA v. Guevara-Martinez, 262 F.3d 751 (8th Cir. 2001).

DEFENDANT HECTOR OLIVA

By his attorneys,

McKENNA & McCORMICK

_______________________________
**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

CERTIFICATION

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 14 day of Feb 2006:

Asst. U. S. Atty. Gerard B. Sullivan
*U. S. Department of Justice*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

_______________________________