AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
Hector Oliva

## EXHIBIT AND WITNESS LIST

Case Number: CR 05-141ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Gerard B. Sullivan | James T. McCormick |
| TRIAL DATE (S) ✓ Suppression Hearing: 2/23/2006 | COURT REPORTER Karen Zinni | COURTROOM DEPUTY John Duhamel |

| ~~PLF.~~ GOVT NO. | DEF. NO. | DATE OFFERED | ~~MARKED~~ | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 OFFICER DAVID JUBINVILLE |
| | | | | | W-2 SPECIAL AGENT MARK NELLIGAN |
| 1 | | 2·23·06 | | ✓ | Declaration of Rights - signed form |
| 2 | | " | | ✓ | Record of Sworn Statement |
| | | | | | W-3 HECTOR OLIVA |
| 3 | | 2·23·06 | ✓ | ✓ | Copy of photo of Hector Oliva |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.