UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-141ML

HECTOR OLIVA

**NOTICE OF APPEAL**

Now comes Defendant Hector Oliva who hereby appeals from the sentence imposed on him as per the judgment entered on June 21, 2006.

DEFENDANT HECTOR OLIVA

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

**CERTIFICATION**

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 21 day of June 2006:

Asst. U. S. Atty. Gerard B. Sullivan
*U. S. Department of Justice*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393