Hector Oliva

950 High Street

Central Falls, R.I.02863

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff

V.

Hector Oliva
Defendant

**CASE No. Cr.No.:05-00141-01ML.**

**NOTICE OF APPEAL**

----------------------------

**COMES NOW** The defendant, Hector Oliva, pro se, and hereby gives notice of appeal from the jugment and sentence imposed by this court on June 21,2006, by the **Honorable judge Mary M. Lisi.**

Respectfully submitted this 25 day of June, 2006.

**HECTOR OLIVA**
**Defendant**

Copy mailed this 25 day of June, 2006 to each following:

**Assistence U.S. Attorney**
Gerard B. Sullivan
50 Kennedy Plaza, 8th. Floor.
Providence,R.I. 02903-2393

**James T. McCormick**
**128 Dorrance Street, suite 330**
**Providence, R.I.02903-2814**