UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

June 30, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CCA# 06-2012

RE: CR 05-141ML
USA v. Hector Oliva

Dear Clerk of Court:

Enclosed herewith you will find a Notice of Appeal filed by the above-referenced defendant (pro se). Please note that on June 27, 2006, defense counsel filed a Notice of Appeal in this same case, and the record on appeal was transmitted on that date.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Enc.:** **Notice of Appeal (Doc# 22); certified docket**