MANDATE

05-00141
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

No. 06-2012

UNITED STATES,
Appellee,

v.

HECTOR OLIVA, a/k/a Lusbin Maloini,
Defendant - Appellant.

**JUDGMENT**

Entered: September 19, 2006
Pursuant to 1st Cir. R. 27(d)

By order entered July 12, 2006, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 06-1990. Appellant was warned that failure to respond by July 26, 2006 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b). Defendant's appeal shall proceed under No. 06-1990.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 10/11/06

[cc: Hector Oliva, William T. Murphy, Esq., Donald Lockhart, AUSA]