UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

November 27, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-141ML **CCA# 06-1990**

USA v. Hector Oliva, a/k/a

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ___
***John Duhamel***
Deputy Clerk

Encl.: **Four original transcripts:**
**#27: 2/23/06 suppression hearing**
**#28: 3/1/06 bench decision re: suppression hearing**
**#29: 3/14/06 change of plea hearing**
**#30: 6/21/06 sentencing hearing**