HECTOR OLIVA
c/o Register Number: [05697-070]
UNITED STATES PENITENTIARY-Hazelton, et al.,
c/o UNITED STATES POSTAL SERVICE, et al.,
Post Office Box: [Two Thousand]
Bruceton Mills, West Virginia - state;
united states, of: [America]
near: [26525]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>HECTOR OLIVA<br>a/k/a Lusbin Maldini<br>Defendant. | Criminal Action/Cause Number: 05-00141-01ML<br><br>DEFENDANT'S REQUEST FOR THE COURT RECORD(S) |

HECTOR OLIVA, defendant, pro se, in the above outlined docket brings before this honorable UNITED STATES DISTRICT COURT this motion in an endeavor to move this Court to receive the complete docket statement, and: to move this Court to investigate its own records to locate the transcripts outlining the SUPPRESSION HEARING and EVIDENTIARY HEARING, RULE 11 COLLEQUEY HEARING, SENTENCING HEARING, in the above outlined docket, in that, all of the above transcripts are needed at this time, and: therefore request of this Court to open its own records for an investigation

and search for the records in question.

Respectfully Submitted,

Hector Oliva

CERTIFICATE OF SERVICE AND PRESENTMENT

I, Hector Oliva, the defendant in the above case docket duly declare and attest that the above outlined motion was mailed post prepaid to: David A. DiMarzio, dba, Clerk of the Court, Pastore Federal Bldg., One Exchange Terrace No.: 356, Providence, Rhode Island 02903, via: UNITED STATES POSTAL SERVICE, et al., on this: 30 day of: May, 2007.