HECTOR OLIVA
c/o Register Number: [05697-070]
UNITED STATES PENITENTIARY-Hazelton, et al.,
c/o UNITED STATES POSTAL SERVICE, et al.,
Post Office Box: [Two Thousand]
Bruceton Mills, West Virginia - state;
united states, of: [America]
near: [26525]

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>HECTOR OLIVA<br>a/k/a Lusbin Maldini<br><br>Defendant. | Case No.: CR 05-141 M1<br><br>DEFENDANT'S MOTION FOR RECONSIDERATION TO THE COURT'S LAST ORDER AND DECREE |

Comes now, HECTOR OLIVA, defendant peo se, in the above case and cause, in an endeavor to move this honorable UNITED STATES DISTRICT COURT to reconsider its last order and decree denying steadfast defendant's motion to receive the courts record, namely, transcripts of proceedings that occured in the above court, and: therefore, brings forth the following:

STATEMENT OF THE FACTS

On or about May 24th, 2007, defendant filed with the court a motion requesting to receive the courts records, namely, tran-

scripts outlining the Evidentuary Hearing, Rule 11 Colloquey Hearing, dated: March 07th, 2006, and: Sentencing Hearing Transcript(s), dated: June 22nd, 2006. However, defendant admits that he was not forth-coming when the initial motion requesting transcripts was presented to the court, and: prays to be able to fully inform the court of his intend in obtaining sais transcripts.

## STATEMENT OF REASONS

On April 11th, 2007, appellant counsel William T. Murphy, filed with the UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT an appeal brief that was vague and lacked several constitutional violations not only imposed by the sentencing court but instituted by trial counsel as well.

On or about May 30th, 2007, defendant filed with the UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT a motion requesting to file a supplemental brief to appellant counsel's brief filed with the UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT.

On June 05th, 2007, THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT granted defendant's motion requesting to file a supplement to appellant counsel's brief. See, ORDER OF UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT DATED: JUNE 05th, 2007, and: defendant's motion requesting the same.

Finally, defendant points out to the court that he has requested from appellant counsel the above outlined transcripts, and: appellant counsel has refused to make response to defendant's last correspondance,

and: therefore, brings forth the following:

**RELIEF AND CONCLUSION**

Defendant, prays this honorable UNITED STATES DISTRICT COURT to grant the above request to receive the record of the court and/or issue an ORDER and DECREE instructing appellate counsel to not only release the transcripts in question, but to release all documents presently in his possession that outlines the herein above case and cause.

Repsectfully Submitted,

Hector Oliva

**CERTIFICATE OF SERVICE AND PRESENTMENT**

I, Hector Oliva, defendant in the above case and cause has duly caused to be served upon the respondants of record Mr. William T. Murphy, Esquire, located at: WILLIAM T. MURPHY LAW OFFICES, INCORPORATED, Post Office Box: [9623][TURKS BUILDING] Providence, Rhode Island [02940-9623], and: Mr. Donald Lockhart

dba, Assistant UNITED STATES ATTORNEY, located at; 50 Kennedy Plaza, Providence, Rhode Island [02940], on this: 13 day of: June, 2007.

______________________