UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-141 ML

HECTOR OLIVA
a/k/a Lusbin Maldini

ORDER

Defendant has filed a "Request for the Court Record(s)" wherein he asks the Court to "investigate its own records to locate the transcripts" from his suppression hearing, plea hearing and sentencing hearing. He simply asserts that the transcripts "are needed at this time." Defendant's Motion is denied, and the Clerk is directed to forward him the forms necessary to order any transcripts he requires.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June 5 , 2007

34