UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-141ML

HECTOR OLIVA

---

## NOTICE OF APPEAL

Now comes Defendant Hector Oliva who hereby appeals from the judgment of conviction and sentence imposed by this court on September 5, 2008.

DEFENDANT HECTOR OLIVA
By his Attorneys,
McKENNA & McCORMICK

/s/ James T. McCormick
James T. McCormick (#2614)
128 Dorrance Street, Ste. 330
Providence, RI 02903
(401) 831-2970
(401) 751-1797 (Fax)

## CERTIFICATION

I hereby certify that on September 9, 2008, a copy of the foregoing Defendant's Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ James T. McCormick
James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970