UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 10, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-141ML **CCA#** ____________________
USA v. Hector Oliva, a/k/a Lusbin Maloini

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries as to the above-referenced case .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By____________________
John Duhamel
Deputy Clerk

encl:
**Case file, incl. Statement of Reasons [sealed]; PSR [sealed]; certified docket**
**Original transcripts: Doc. Nos. 27, 28, 29, 30**